UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  8:17–cv–01825–JVS–DFM            Date    1/8/2018

Title    POPSOCKETS LLC V. GIFTEKTM LLC ET AL

Present:    The Honorable   James V. Selna , U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michelle Armond | Michael Ahmadshahi |
| Benjamin Horton | |

**Proceedings:    Plaintiff's Motion to Dismiss Amended Counterclaims and Plaintiff's Motion to Strike Affirmative Defenses**

    Cause called and counsel make their appearances. The Courts tentative ruling is issued.

    Counsel inform the Court that they submit on the tentative ruling as to Plaintiffs Motion to Strike Affirmative Defenses. The Court GRANTS IN PART and DENIES IN PART the Plaintiffs Motion to Strike Affirmative Defenses and rules in accordance with the tentative ruling attached.

    Counsel make their arguments regarding the Plaintiffs Motion to Dismiss the Amended Counterclaims. The Court GRANTS the plaintiffs motion and rules in accordance with the tentative ruling attached. Defendants are granted 20 days leave to amend the Counterclaims.

:15

Initials of Preparer: __kt__