JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| POPSOCKETS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>GIFTEKTM LLC and ZOE OZVEREN,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>8:17-cv-01825-JVS (DFMx)<br><br>**ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE** |

|   |   |
|---|---|
| 1 | The Court, having reviewed the parties' joint stipulation for dismissal |
| 2 | with prejudice of the entire action (Dkt. No. 49), HEREBY ORDERS that this |
| 3 | action is dismissed with prejudice in its entirety, including all claims and |
| 4 | counterclaims, pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of |
| 5 | Civil Procedure, with each party to bear its own attorneys' fees and costs. |

**IT IS SO ORDERED.**

Dated: April 24, 2018

_____
Honorable James V. Selna

-1-